**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 11, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00334-CV

---

### MIGUEL ANGEL GONZALEZ GUILBOT AND CARLOS ALBERTO GONZALEZ GUILBOT, Appellants

### V.

### WILLIAM PAKALKA, FULBRIGHT & JAWAROSKI, L&T AMERICAN CORPORATION, TG INTERAMERICA CORPORATION, FRANCEVILLE INTERNATIONAL, INC., AND ARKHANGEL INTERNATIONAL, INC., Appellees

---

**On Appeal from Probate Court No. 2
Harris County, Texas
Trial Court Cause No. 344,157-401**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed April 10, 2015. On June 4, 2015,

appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Brown, and Wise.